1  Corey M. Eschweiler, Esq.
   Nevada Bar No. 6635
2  Adam D. Smith, Esq.
   Nevada Bar No. 9690
3  Joseph F. Schmitt, Esq.
   Nevada Bar No. 9681
4  GLEN J. LERNER & ASSOCIATES
   4795 South Durango Drive
5  Las Vegas, Nevada 89147
   Phone: (702) 877-1500
6  Fax: (702) 877-0110
   E-mail: ceschweiler@glenlerner.com
7          asmith@glenlerner.com
           jschmitt@glenlerner.com
8  Attorneys for Plaintiffs

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11 RAQUEL BONSIGNORE, individually,           )
                                              )   CASE NO.   2:12-cv-01808-GMN-PAL
12         Plaintiff,                         )
                                              )   **JOINT STATUS REPORT**
13 v.                                         )
                                              )
14 WAL-MART STORES, INC., dba WAL MART        )
   STORE #1559, a Delaware corporation; DOES I-V; )
15 and ROE CORPORATIONS I-V, inclusive,       )
                                              )
16         Defendants.                        )
                                              )
17

18         Plaintiff RAQUEL BONSIGNORE ("Bonsignore") by and through her counsel of record,

19 Corey M. Eschweiler, Esq., Adam D. Smith, Esq., and Joseph F. Schmitt, Esq., of Glen J. Lerner &

20 Associates and Defendant WAL-MART STORES, INC. ("Wal-Mart") by and through its counsel of

21 record, Brenda H. Entzminger, Esq., and A.J. Sharp, Esq., pursuant to the Minute Order in Chambers

22 dated June 28, 2013, hereby submit the following Joint Status Report.

23         The parties have reached a mutual settlement of this matter, and Wal-Mart is in possession of

24 the settlement check.  Bonsignore, however, has been out of town and unable to execute the Full and

25 Final Confidential Settlement, Release of All Claims and Indemnity Agreement ("Release").  The

26 parties anticipate mutual execution of the Release and Stipulation to Dismiss on or before July 31,

27 2013.

28 . . .

                                                  1

There are currently no pending motions before this Court and no action in the Court is required at this time.

| | |
|---|---|
| GLEN J. LERNER & ASSOCIATES | PHILLIPS, SPALLAS & ANGSTADT, LLC |
| By: /s/ Joseph F. Schmitt<br>Corey M. Eschweiler, Esq.<br>Nevada Bar No. 6635<br>Adam D. Smith, Esq.<br>Nevada Bar No. 9690<br>Joseph F. Schmitt, Esq.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | By: /s/ A.J. Sharp<br>Brenda H. Entzminger, Esq.<br>Nevada Bar No. 9800<br>A.J. Sharp, Esq.<br>Nevada Bar No. 11457<br>504 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

## ORDER

IT IS ORDERED that the parties shall have until **August 2, 2013**, to file the stipulation to dismiss with prejudice.

Dated this 22nd day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge