Corey M. Eschweiler, Esq.
Nevada Bar No. 6635
Adam D. Smith, Esq.
Nevada Bar No. 9690
Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
GLEN J. LERNER & ASSOCIATES
4795 South Durango Drive
Las Vegas, Nevada 89147
Phone: (702) 877-1500
Fax: (702) 877-0110
E-mail: ceschweiler@glenlerner.com
　　　　asmith@glenlerner.com
　　　　jschmitt@glenlerner.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL BONSIGNORE, individually, | CASE NO.   2:12-cv-01808-GMN-PAL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| WAL-MART STORES, INC., dba WAL MART STORE #1559, a Delaware corporation; DOES I-V; and ROE CORPORATIONS I-V, inclusive, | |
| Defendants. | |

　　　　Plaintiff RAQUEL BONSIGNORE ("Bonsignore") by and through her counsel of record, Corey M. Eschweiler, Esq., Adam D. Smith, Esq., and Joseph F. Schmitt, Esq., of Glen J. Lerner & Associates and Defendant WAL-MART STORES, INC. ("Wal-Mart") by and through its counsel of record, Brenda H. Entzminger, Esq., and A.J. Sharp, Esq., pursuant to the Minute Order in Chambers dated June 28, 2013, hereby submit the following Joint Status Report.

　　　　The parties have reached a mutual settlement of this matter, and Wal-Mart is in possession of the settlement check. Bonsignore, however, has been out of town and unable to execute the Full and Final Confidential Settlement, Release of All Claims and Indemnity Agreement ("Release"). The parties anticipate mutual execution of the Release and Stipulation to Dismiss on or before July 31, 2013.

. . .

1

There are currently no pending motions before this Court and no action in the Court is required at this time.

| GLEN J. LERNER & ASSOCIATES | PHILLIPS, SPALLAS & ANGSTADT, LLC |
|---|---|
| By:  /s/ Joseph F. Schmitt<br>Corey M. Eschweiler, Esq.<br>Nevada Bar No. 6635<br>Adam D. Smith, Esq.<br>Nevada Bar No. 9690<br>Joseph F. Schmitt, Esq.<br>Nevada Bar No. 9681<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | By:  /s/ A.J. Sharp<br>Brenda H. Entzminger, Esq.<br>Nevada Bar No. 9800<br>A.J. Sharp, Esq.<br>Nevada Bar No. 11457<br>504 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**ORDER**

IT IS ORDERED that the parties shall have until **August 2, 2013**, to file the stipulation to dismiss with prejudice.

Dated this 22nd day of July, 2013.

Peggy A. Leen
United States Magistrate Judge